E-Filed 10/27/15

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MISSION TRADING COMPANY, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>VOLKER TRAUDT, et al.,<br><br>    Defendants. | Case No.  15-cv-02755-HRL<br><br>**ORDER OF DISMISSAL**<br>Re: Dkt. No. 21 |

The parties have expressly consented to magistrate jurisdiction.  The parties signed and filed a notice of settlement.  Dkt. No. 19.  The court ordered the parties to either file a stipulated dismissal by October 16 or else to appear at 10:00 a.m. on October 27, 2015, to show cause why the case should not be dismissed.  The parties failed to file a stipulated dismissal.  Plaintiff filed a notice of voluntary dismissal, Dkt. No. 21, but that notice is ineffective because Defendants previously served Plaintiff with their answer.  Fed. R. Civ. P. 41(a)(1)(A)(i); Dkt. No. 12.

Nevertheless, the parties failed to appear at the hearing today to show cause why this case should not be dismissed, and the court dismisses this matter with prejudice on that basis.

**IT IS SO ORDERED.**

Dated: 10/27/15

_____
HOWARD R. LLOYD
United States Magistrate Judge